# United States District Court

### MIDDLE DISTRICT OF FLORIDA
### SAM M. GIBBONS UNITED STATES COURTHOUSE
### 801 NORTH FLORIDA AVENUE, SUITE 1330
### TAMPA, FLORIDA 33602-3800

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

May 23, 2007

RECEIVED 2007 MAY 30 A 10: 43 FINANCIAL DISCLOSURE OFFICE

Ortrie D. Smith, Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: **2006 Calendar Year Filing**

Dear Chairman Smith:

This letter confirms my telephone conversation with your office today that no further response is required from me regarding my 2006 Amended Report. The items referenced in your letter of May 18, 2007, to me were fully disclosed and reported in the aggregate in the VII. Investments and Trusts section, item #102, of my April 23, 2007, Amended Report.

Should you have any questions, please do not hesitate to contact me.

Yours very truly,

S. Moody, Jr.,
U. S. District Judge

JSM:ln

## FOR CALENDAR YEAR 2006

*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOODY, JR., JAMES S | U.S.Dist.Ct.Middle Dist.FL | 4/23/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Ct. Judge (Active) | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☒ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U. S. District Court<br>801 North Florida Avenue #13A<br>Tampa, FL 33602 | Reviewing Officer _____ Date _____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Florida Blue Key Advisory Board (University of Florida) |
| 2. | Director | Hillsborough County Bar Foundation |
| 3. | Trustee | ▓▓▓▓▓ Trust |
| 4. | Director | University of Florida Law School Advisory Board |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 2. | | |
| 3. | | |

RECEIVED 2007 APR 30 A 9: 19 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/23/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/23/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.  Jim Whittlesey | Ticket to Lightning hockey game | $ 226.75 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/23/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  SUN TRUST ACCOUNTS | | | | | | | | | |
| 2.  -- Individual checking | A | Interest | J | T | | | | | |
| 3.  -- McIntosh Road | A | Interest | J | T | | | | | |
| 4.  -- Checking | A | Interest | J | T | | | | | |
| 5.  -- Savings | A | Interest | J | T | | | | | |
| 6.  -- Individual | A | Interest | J | T | | | | | |
| 7.  EDWARD JONES ACCOUNTS | | | | | | | | | |
| 8.  -- Polk County | A | Interest | K | T | | | | | |
| 9.  -- ███████Trust | A | Interest | K | | | | | | |
| 10. -██████Y & M | A | Interest | J | T | | | | | |
| 11. -████Condo | A | Interest | J | T | | | | | |
| 12. -- Custodian #1 | B | Interest | K | T | | | | | |
| 13. -- Custodian #2 | A | Interest | J | T | | | | | |
| 14. MERRILL LYNCH ACCOUNTS | | | | | | | | | |
| 15. -- Individual | A | Interest | K | T | | | | | |
| 16. --██████Trust | A | Interest | N | T | | | | | |
| 17. T. ROWE PRICE FUND (Deferred comp) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GREAT WESTERN (Washington Mutual Bank) | B | Dividend | K | T | | | | | |
| 19. SYMETRA | A | Dividend | K | T | | | | | |
| 20. NATIONWIDE | A | Dividend | J | T | | | | | |
| 21. BANK OF AMERICA STOCK | E | Dividend | O | T | Partial buy | 10-6 | K | | |
| 22. GEO THERMAL STOCK | | None | P3 | W | | | | | |
| 23. REGIONS | A | Dividend | J | T | merger | | | | merger with AmSouth |
| 24. DELL | A | None | J | T | | | | | |
| 25. CARNIVAL | A | Dividend | K | T | | | | | |
| 26. CITI GROUP | A | Dividend | J | T | | | | | |
| 27. SUN TRUST | A | Dividend | J | T | | | | | |
| 28. WACHOVIA | A | Dividend | K | T | buy | 5-31 | K | | |
| 29. REAL PROPERTY | | | | | | | | | |
| 30. ▆▆▆▆ Valrico, FL | A | Rent | M | W | | | | | |
| 31. -- Polk County, FL | | None | | | sale | 1-13 | M | E | Gulfstream DFR, LLC |
| 32. --▆▆▆Plant City, FL | | None | | | partial sale | 3-27 | M | F | D.O.T. |
| 33. -▆▆▆Plant City, FL | | None | | | exchange | 8-28 | N | | ▆▆▆▆ |
| 34. -- Condo, Longboat Key, FL | D | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MOODY, JR., JAMES S | 4/23/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Condo, Tampa | | None | N | W | | | | | |
| 36. -- Rental property, McIntosh, Hillsborough Co., FL | A | Interest | N | W | | | | | |
| 37. -- Property #1, Celo, NC | | None | O | W | | | | | |
| 38. -- Celo, NC- | | None | N | W | exchange | 8-28 | N | | children |
| 39. -- Property #3, Highlands, NC | | None | M | W | | | | | |
| 40. -- North Carolina condo | C | Rent | N | W | | | | | I |
| 41. -- Rental property, Plant City, FL | E | Rent | O | W | | | | | |
| 42. --Tampa condo #2 | | None | M | W | buy | 2005 | M | | Ryan Humphreys |
| 43. --Tampa condo #3 | | None | M | W | buy | 3-27 | M | | Charles Romeo, trustee |
| 44. --Bilmar | D | Rent | N | W | buy | 2005 | N | | T. I. Resort |
| 45. --Bilmar | B | Rent | N | W | buy | 2005 | N | | T. I. Resort |
| 46. --Gainesville condo | | None | N | W | buy | 2005 | N | | Fred & Forrest Abbott |
| 47. INVESTMENT PARTNERSHIP | G | Dividend | P1 | T | | | | | |
| 48. -- Agere | | | | | | | | | |
| 49. -- Bank of America stock | | | | | | | | | |
| 50. -- Bank of Granite stock | | | | | | | | | |
| 51. -- B & K Bank Stock | | | | | | | | | |

1. Income Gain Codes:     A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000     G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes     P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)  P4 =More than $50,000,000   T =Cash Market
   (See Column C2)          Q =Appraisal               V =Other                    S =Assessment
                           U =Book Value                                          W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/23/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -- Coastal Financial stock | | | | | partial buy | 3-31 | L | | |
| 53.  -- Colonial Bancgroup stock | | | | | | | | | |
| 54.  -- First Horizon stock | | | | | | | | | |
| 55.  --Calamos | | | | | buy | 5-2 | K | | |
| 56.  -- Greer Bancshares | | | | | partial buy | 3-31 | M | | |
| 57.  --Johnson and Johnson | | | | | | | | | |
| 58.  -- SunTrust stock | | | | | | | | | |
| 59.  -- Wachovia stock | | | | | partial buy | 6-13 | L | | |
| 60.  -- Altria Group stock | | | | | sold | 9-13 | K | | |
| 61.  -- Dell stock | | | | | | | | | |
| 62.  -- Bristol Myers Squibb stock | | | | | | | | | |
| 63.  -- General Electric stock | | | | | sold | 12-20 | K | B | |
| 64.  -- Pfizer stock | | | | | | | | | |
| 65.  -- Tupperware | | | | | | | | | |
| 66.  -- Schering Plough stock | | | | | | | | | |
| 67.  --Valero Energy | | | | | buy | | M | | |
| 68.  --Motorola | | | | | buy | 1-20 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  EDWARD JONES IRA | A | Interest | J | T | transfer | 12-12 | J | | to E. Jones retire acct |
| 70.  -- Bank America stock | A | Dividend | J | T | | | | | |
| 71.  EDWARD JONES RETIREMENT ACCOUNT | B | Dividend | N | T | | | | | |
| 72.  -- American Growth Fund of America | | | | | | | | | |
| 73.  -- American New Perspective | | | | | | | | | |
| 74.  -- American Washington Mutual Investors | | | | | | | | | |
| 75.  -- American New Economy | | | | | | | | | |
| 76.  -- American Smallcap World | | | | | | | | | |
| 77.  TRUST #1 | G | Dividend | P2 | T | | | | | |
| 78.  -- Amsouth stock, now Regions | | | | | merge | 11-06 | L | | Regions |
| 79.  -- Bank of America stock | | | | | | | | | |
| 80.  --Calamos | | | | | buy | 4-25 | L | | |
| 81.  -- Coca Cola stock | | | | | sold | 11-22 | K | | |
| 82.  -- Coastal Financial stock | | | | | | | | | |
| 83.  -- Compass stock | | | | | | | | | |
| 84.  -- Duke Energy stock | | | | | | | | | |
| 85.  -- Energizer stock | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
   (See Column C2)  Q =Appraisal  V =Other  S =Assessment
   U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| MOODY, JR., JAMES S | 4/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -- First Horizon stock | | | | | | | | | |
| 87.   --Flowers | | | | | sold | 4-3 | K | | |
| 88.   --Freescale Semiconductors | | | | | sold | 2-14 | J | | |
| 89.   -- General Electric | | | | | | | | | |
| 90.   -- Motorola stock | | | | | | | | | |
| 91.   -- Ralcorp Holdings stock | | | | | sold | 8-14 | J | | |
| 92.   -- SouthTrust stock | | | | | sold | 2004 | K | | Wachovia |
| 93.   -- SunTrust stock | | | | | | | | | |
| 94.   --Valero | | | | | buy | 9-15 | J | | |
| 95.   -- Wachovia stock | | | | | | | | | |
| 96.   MORTGAGE REC. #2, Wimauma, FL | D | Interest | L | T | | | | | |
| 97.   ████████TRUST/EDWARD JONES | D | Int./Div. | M | T | | | | | |
| 98.   -- Allied Capital | | | | | | | | | |
| 99.   -- Am South stock, now Regions | | | | | merged | 11-06 | J | | Regions |
| 100.  -- Bank of America stock | | | | | | | | | |
| 101.  -- Bristol Myers stock | | | | | | | | | |
| 102.  ████████TRUST/MERRILL LYNCH | E | Dividend | P1 | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/23/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Altria stock | | | | | sold | 9-13 | L | | |
| 104. -- Allied Capital stock | | | | | partial sale | 11-17 | K | B | |
| 105. -- Am South | | | | | merge | 11-06 | | | Regions |
| 106. -- Bank of America stock | | | | | | | | | |
| 107. --Calamos | | | | | | | | | |
| 108. --Citi Group | | | | | buy | 2005 | K | | |
| 109. -- Cardinal stock | | | | | sold | 1-20 | K | D | |
| 110. --CCE Spinco | | | | | sold | 12-15 | J | B | |
| 111. --Clear Channel | | | | | buy | 2004 | K | | |
| 112. --Clear Channel | | | | | sold | 12-15 | K | C | |
| 113. -- Colonial Banc Group stock | | | | | buy | 6-21 | K | | |
| 114. -- CVS stock | | | | | sold | 8-18 | K | C | |
| 115. -- Dollar Tree stock | | | | | partial sale | 11-17 | K | D | |
| 116. -- Duke Realty stock | | | | | sold | 9-15 | K | A | |
| 117. --Eastman Chemical stock | | | | | sold | 11-17 | L | D | |
| 118. --Exxon | | | | | buy | 2-1 | K | | |
| 119. --Gap | | | | | buy | 1-26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/23/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. --Intel | | | | | buy | 2005 | K | | |
| 121. -- Johnson & Johnson stock | | | | | partial buy | 1-26 | L | | |
| 122. -- General Motors stock | | | | | sold | 5-9 | K | | |
| 123. -- Merck stock | | | | | sold | 10-20 | K | D | |
| 124. -- Mylan Lab stock | | | | | sold | 8-6 | K | D | |
| 125. -- NVIDIA stock | | | | | sold | 1-20 | L | F | |
| 126. -- Pfizer stock | | | | | partial buy | 1-23 | L | | |
| 127. --Proctor & Gamble | | | | | buy | 2005 | K | | |
| 128. -- Regions stock | | | | | sold | 4-26 | K | D | |
| 129. -- St. Joe stock | | | | | partial buy | 1-19 | K | | |
| 130. -- Tupperware stock | | | | | | | | | |
| 131. -- UST stock | | | | | partial sale | 10-20 | K | B | |
| 132. -- Washington Mutual stock | | | | | partial buy | 1-30 | K | | |
| 133. -- Wachovia stock | | | | | partial buy | 2-1 | M | | |
| 134. -- J. M. Smucker | | | | | | | | | |
| 135. -- Toyota stock | | | | | sold | 1-20 | K | C | |
| 136. -- AIG stock | | | | | buy | 1-23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/23/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- AIG stock | | | | | sold | 11-17 | K | | |
| 138. -- DOW stock | | | | | buy | 5-19 | K | | |
| 139. -- DOW stock | | | | | sold | 11-17 | K | A | |
| 140. -- Symantec stock | | | | | buy | 1-26 | K | | |
| 141. -- Symantec stock | | | | | sold | 10-20 | K | B | |
| 142. -- Live Nation stock | | | | | buy | 2004 | J | | |
| 143. -- Live Nation stock | | | | | sold | 5-19 | J | B | |
| 144. -- Valero stock | | | | | buy | 10-5 | M | | |
| 145. -- Colgate Palmolive stock | | | | | buy | 2005 | K | | |
| 146. -- Colgate Palmolive stock | | | | | sold | 5-19 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/23/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/23/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature █████████████████████████                    Date _24 April 2007_

NOTE: ANY I█████ UAL WHO KNOWINGLY AND █████ Y FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINA█ ████TIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>MOODY, JR., JAMES S | 2. Court or Organization<br><br>U.S.Dist.Ct.Middle Dist.FL | 3. Date of Report<br><br>3/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Dist. Ct. Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U. S. District Court<br>801 North Florida Avenue #13A<br>Tampa, FL 33602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Florida Blue Key Advisory Board (University of Florida) |
| 2. Director | Hillsborough County Bar Foundation |
| 3. Trustee | Marital Trust |
| 4. Director | University of Florida Law School Advisory Board |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAR 20 A 10: 05 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 3/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 3/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Jim Whittlesey | Ticket to Lightning hockey game | $ 226.75 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1. SUN TRUST ACCOUNTS | | | | | | | | | |
| 2. -- Individual checking | A | Interest | J | T | | | | | |
| 3. -- McIntosh Road | A | Interest | J | T | | | | | |
| 4. -- Checking | A | Interest | J | T | | | | | |
| 5. -- Savings | A | Interest | J | T | | | | | |
| 6. -- Individual | A | Interest | J | T | | | | | |
| 7. EDWARD JONES ACCOUNTS | | | | | | | | | |
| 8. -- Polk County | A | Interest | K | T | | | | | |
| 9. -- Marital Trust | A | Interest | K | | | | | | |
| 10. -- ▇▇▇ Y & M | A | Interest | J | T | | | | | |
| 11. -- ▇▇▇ Condo | A | Interest | J | T | | | | | |
| 12. -- Custodian #1 | B | Interest | K | T | | | | | |
| 13. -- Custodian #2 | A | Interest | J | T | | | | | |
| 14. MERRILL LYNCH ACCOUNTS | | | | | | | | | |
| 15. -- Individual | A | Interest | K | T | | | | | |
| 16. -- Marital Trust | A | Interest | N | T | | | | | |
| 17. T. ROWE PRICE FUND (Deferred comp) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 3/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GREAT WESTERN (Washington Mutual Bank) | B | Dividend | K | T | | | | | |
| 19. SYMETRA | A | Dividend | K | T | | | | | |
| 20. NATIONWIDE | A | Dividend | J | T | | | | | |
| 21. BANK OF AMERICA STOCK | E | Dividend | O | T | Partial buy | 10-6 | K | | |
| 22. GEO THERMAL STOCK | | None | P3 | W | | | | | |
| 23. REGIONS | A | Dividend | J | T | merger | | | | merger with AmSouth |
| 24. DELL | A | None | J | T | | | | | |
| 25. CARNIVAL | A | Dividend | K | T | | | | | |
| 26. CITI GROUP | A | Dividend | J | T | | | | | |
| 27. SUN TRUST | A | Dividend | J | T | | | | | |
| 28. WACHOVIA | A | Dividend | K | T | buy | 5-31 | K | | |
| 29. REAL PROPERTY | | | | | | | | | |
| 30. -- Diamond Hill, Valrico, FL | A | Rent | M | W | | | | | |
| 31. -- Polk County, FL | | | | | sale | 1-13 | M | E | Gulfstream DFR, LLC |
| 32. -- Franklin Street, Plant City, FL | | | | | partial sale | 3-27 | M | F | D.O.T. |
| 33. --Franklin Street, Plant City, FL | | | | | exchange | 8-28 | N | | ████████ |
| 34. -- Condo, Longboat Key, FL | D | Rent | N | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 3/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Condo, Tampa | | None | N | W | | | | | |
| 36. -- Rental property, McIntosh, Hillsborough Co., FL | A | Interest | N | W | | | | | |
| 37. -- Property #1, Celo, NC | | None | O | W | | | | | |
| 38. -- Celo, NC- Blue Tract | | None | N | W | exchange | 8-28 | N | | ▬▬▬ |
| 39. -- Property #3, Highlands, NC | | None | M | W | | | | | |
| 40. -- North Carolina condo | C | Rent | N | W | | | | | I |
| 41. -- Rental property, Plant City, FL | E | Rent | O | W | | | | | |
| 42. --Tampa/J condo #2 | | None | M | W | buy | 2005 | M | | Ryan Humphreys |
| 43. --Tampa/A condo #3 | | None | M | W | buy | 3-27 | M | | Charles Romeo, trustee |
| 44. --Bilmar 745 | D | Rent | N | W | buy | 2005 | N | | T. I. Resort |
| 45. --Bilmar 747 | B | Rent | N | W | buy | 2005 | N | | T. I. Resort |
| 46. --Gainesville condo | | None | N | W | buy | 2005 | N | | Fred & Forrest Abbott |
| 47. INVESTMENT PARTNERSHIP | G | Dividend | P1 | T | | | | | |
| 48. -- Agere | | | | | | | | | |
| 49. -- Bank of America stock | | | | | | | | | |
| 50. -- Bank of Granite stock | | | | | | | | | |
| 51. -- B & K Bank Stock | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 3/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Coastal Financial stock | | | | | partial buy | 3-31 | L | | |
| 53. -- Colonial Bancgroup stock | | | | | | | | | |
| 54. -- First Horizon stock | | | | | | | | | |
| 55. --Calamos | | | | | buy | 5-2 | K | | |
| 56. -- Greer Bancshares | | | | | partial buy | 3-31 | M | | |
| 57. --Johnson and Johnson | | | | | | | | | |
| 58. -- SunTrust stock | | | | | | | | | |
| 59. -- Wachovia stock | | | | | partial buy | 6-13 | L | | |
| 60. -- Altria Group stock | | | | | sold | 9-13 | K | | |
| 61. -- Dell stock | | | | | | | | | |
| 62. -- Bristol Myers Squibb stock | | | | | | | | | |
| 63. -- General Electric stock | | | | | sold | 12-20 | K | B | |
| 64. -- Pfizer stock | | | | | | | | | |
| 65. -- Tupperware | | | | | | | | | |
| 66. -- Schering Plough stock | | | | | | | | | |
| 67. --Valero Energy | | | | | buy | | M | | |
| 68. --Motorola | | | | | buy | 1-20 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 3/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. EDWARD JONES IRA | A | Interest | J | T | transfer | 12-12 | J | | to E. Jones retire acct |
| 70. -- Bank America stock | A | Dividend | J | T | | | | | |
| 71. EDWARD JONES RETIREMENT ACCOUNT | B | Dividend | N | T | | | | | |
| 72. -- American Growth Fund of America | | | | | | | | | |
| 73. -- American New Perspective | | | | | | | | | |
| 74. -- American Washington Mutual Investors | | | | | | | | | |
| 75. -- American New Economy | | | | | | | | | |
| 76. -- American Smallcap World | | | | | | | | | |
| 77. TRUST #1 | G | Dividend | P2 | T | | | | | |
| 78. -- Amsouth stock, now Regions | | | | | merge | 11-06 | L | | Regions |
| 79. -- Bank of America stock | | | | | | | | | |
| 80. --Calamos | | | | | buy | 4-25 | L | | |
| 81. -- Coca Cola stock | | | | | sold | 11-22 | K | | |
| 82. -- Coastal Financial stock | | | | | | | | | |
| 83. -- Compass stock | | | | | | | | | |
| 84. -- Duke Energy stock | | | | | | | | | |
| 85. -- Energizer stock | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4) A =$1,000 or less B=$1,001 - $2,500 C=$2,501 - $5,000 D=$5,001 - $15,000 E=$15,001 - $50,000
F=$50,001 - $100,000 G=$100,001 - $1,000,000 H1=$1,000,001 - $5,000,000 H2=More than $5,000,000
2. Value Codes (See Columns C1 and D3) J=$15,000 or less K=$15,001 - $50,000 L=$50,001 - $100,000 M=$100,001 - $250,000
N=$250,001 - $500,000 O=$500,001 - $1,000,000 P1=$1,000,001 - $5,000,000 P2=$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2) P3 =$25,000,001 - $50,000,000 R=Cost (Real Estate Only) P4=More than $50,000,000 T=Cash Market
Q=Appraisal V=Other S=Assessment
U=Book Value W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 3/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -- First Horizon stock | | | | | | | | | |
| 87. --Flowers | | | | | sold | 4-3 | K | | |
| 88. --Freescale Semiconductors | | | | | sold | 2-14 | J | | |
| 89. -- General Electric | | | | | | | | | |
| 90. -- Motorola stock | | | | | | | | | |
| 91. -- Ralcorp Holdings stock | | | | | sold | 8-14 | J | | |
| 92. -- SouthTrust stock | | | | | sold | 2004 | K | | Wachovia |
| 93. -- SunTrust stock | | | | | | | | | |
| 94. --Valero | | | | | buy | 9-15 | J | | |
| 95. -- Wachovia stock | | | | | | | | | |
| 96. MORTGAGE REC. #2, Wimauma, FL | D | Interest | L | T | | | | | |
| 97. MARITAL TRUST/EDWARD JONES | D | Int./Div. | M | T | | | | | |
| 98. -- Allied Capital | | | | | | | | | |
| 99. -- Am South stock, now Regions | | | | | merged | 11-06 | J | | Regions |
| 100. -- Bank of America stock | | | | | | | | | |
| 101. -- Bristol Myers stock | | | | | | | | | |
| 102. MARITAL TRUST/MERRILL LYNCH | E | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000, 1 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 3/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -- Altria stock | | | | | sold | 9-13 | L | | |
| 104. -- Allied Capital stock | | | | | partial sale | 11-17 | K | B | |
| 105. -- Am South | | | | | merge | 11-06 | | | Regions |
| 106. -- Bank of America stock | | | | | | | | | |
| 107. --Calamos | | | | | | | | | |
| 108. --Citi Group | | | | | buy | 2005 | K | | |
| 109. -- Cardinal stock | | | | | sold | 1-20 | K | D | |
| 110. --CCE Spinco | | | | | sold | 12-15 | J | B | |
| 111. --Clear Channel | | | | | buy | 2004 | K | | |
| 112. --Clear Channel | | | | | sold | 12-15 | K | C | |
| 113. -- Colonial Banc Group stock | | | | | buy | 6-21 | K | | |
| 114. -- CVS stock | | | | | sold | 8-18 | K | C | |
| 115. -- Dollar Tree stock | | | | | partial sale | 11-17 | K | D | |
| 116. -- Duke Realty stock | | | | | sold | 9-15 | K | A | |
| 117. -- Eastman Chemical stock | | | | | sold | 11-17 | L | D | |
| 118. --Exxon | | | | | buy | 2-1 | K | | |
| 119. --Gap | | | | | buy | 1-26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 3/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Intel | | | | | buy | 2005 | K | | |
| 121. -- Johnson & Johnson stock | | | | | partial buy | 1-26 | L | | |
| 122. -- General Motors stock | | | | | sold | 5-9 | K | | |
| 123. -- Merck stock | | | | | sold | 10-20 | K | D | |
| 124. -- Mylan Lab stock | | | | | sold | 8-6 | K | D | |
| 125. -- NVIDIA stock | | | | | sold | 1-20 | L | F | |
| 126. -- Pfizer stock | | | | | partial buy | 1-23 | L | | |
| 127. --Proctor & Gamble | | | | | buy | 2005 | K | | |
| 128. -- Regions stock | | | | | sold | 4-26 | K | D | |
| 129. -- St. Joe stock | | | | | partial buy | 1-19 | K | | |
| 130. -- Tupperware stock | | | | | | | | | |
| 131. -- UST stock | | | | | partial sale | 10-20 | K | B | |
| 132. -- Washington Mutual stock | | | | | partial buy | 1-30 | K | | |
| 133. -- Wachovia stock | | | | | partial buy | 2-1 | M | | |
| 134. -- J. M. Smucker | | | | | | | | | |
| 135. -- Toyota stock | | | | | sold | 1-20 | K | C | |
| 136. AIG | | | | | buy | 1-23 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 3/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. AIG | | | | | sold | 11-17 | K | | |
| 138. DOW | | | | | buy | 5-19 | K | | |
| 139. DOW | | | | | sold | 11-17 | K | A | |
| 140. Symantec | | | | | buy | 1-26 | K | | |
| 141. Symantec | | | | | sold | 10-20 | K | B | |
| 142. Live Nation | | | | | buy | 2004 | J | | |
| 143. Live Nation | | | | | sold | 5-19 | J | B | |
| 144. Valero | | | | | buy | 10-5 | M | | |
| 145. Colgate Palmolive | | | | | buy | 2005 | K | | |
| 146. Colgate Palmolive | | | | | sold | 5-19 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 3/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 3/14/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _14 March 2007_

NOTE: ANY̶ ̶ ̶ ̶ ̶Y FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIM̶

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544